Opinions of Judge Martin of our Commission, on the same subject, will be found in Jones v. State, 112 Tex. Cr. R. 625, 17 S.W. (2d) 1059, and Green v. State, 108 Tex. Cr. R. 666, 2 S.W.(2d) 274, in which the opinion on rehearing was upheld by Presiding Judge Morrow. Opinion of Judge Christian along the same line will be found in Black v. State, 111 Tex. Cr. R. 372, 13 S.W.(2d) 100, 101. Of Judge Baker of our commission in Vaughn v. State, 102 Tex. Cr. R. 623, 280 S. W. 772, upheld by Judge Hawkins upon motion for rehearing, and Vargas v. State, 104 Tex. Cr. R. 286, 284 S. W. 564, upheld by Judge Morrow writing upon the motion for rehearing.

The writer of this opinion has himself in many cases upheld what he regards as the well-settled law of this state of too long standing to be disturbed. Instances of his opinions are Collier v. State, 110 Tex. Cr. R. 510, 9 S. W.(2d) 265, upheld by Judge Hawkins on motion for rehearing, and Mauney v. State, 85 Tex. Cr. R. 184, 210 S. W. 959; Tracy v. State, 111 Tex. Cr. R. 160, 12 S.W.(2d) 205.

There being but the one bill of exception, and it being in such condition as that it should not be considered, I see no reason why this judgment should not be affirmed. My brethren being of a different mind, I have no option but to record these conclusions and note my dissent.

### REED v. STATE.
No. 14558.

Court of Criminal Appeals of Texas.
June 24, 1931.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Appellant was convicted of the theft of property, to wit, an automobile, of more than the value of $50, and his punishment assessed at two years in the penitentiary.

The record fails to show that notice of appeal was given. Without proper notice of appeal, this court is without jurisdiction. Holifield v. State, 111 Tex. Cr. R. 93, 10 S.W.(2d) 101; Davidson v. State, 104 Tex. Cr. R. 607, 285 S. W. 831.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.